UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | |
| WALTER GLENN, ET AL. | NO.: 15-00138-BAJ-RLB |

RULING AND ORDER

Before the Court is a **Motion for Reconsideration (Doc. 59)**, seeking the reconsideration of the Court's Ruling and Order (Doc. 58) that disqualified James S. Holt from jointly representing Defendants Walter Glenn, Larry Walker and Thomas James. After reviewing the instant motion, the Court finds that Mr. Holt does not provide any new facts or law to warrant the reconsideration of the Court's Ruling and Order. Mr. Holt advances the same arguments offered during the Rule 44(c) hearing and in the multiple briefs submitted to the Court. As such, the Court declines the Motion for Reconsideration.

Accordingly,

**IT IS ORDERED** that the **Motion for Reconsideration (Doc. 59)** is **DENIED**.

Baton Rouge, Louisiana, this 19th day of January, 2016.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA