UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL** |
| **VERSUS** | |
| | **NO. 15-138-BAJ-RLB** |
| **WALTER GLENN** | |
| **LARRY WALKER** | |
| **THOMAS JAMES** | |

## ORDER

This matter is before the Court on a referral from the district judge in this matter for a determination of counsel for Defendants Walter Glenn, Larry Walker and Thomas James.

On January 12, 2016, the Court issued a ruling disqualifying Attorney James S. Holt from representing defendants Walter Glenn, Larry Walker and Thomas James. (R. Doc. 58). This matter has been referred to the undersigned "for a determination of counsel" for these defendants.

At their initial appearances, the defendants were all informed of their right to counsel, including their right to court appointed counsel if they were unable to retain counsel. As each defendant chose to retain Attorney Holt, the Court has not made a determination as to whether any defendant is eligible for court appointed counsel and is also unaware as to whether any defendant intends to retain other counsel due to Attorney Holt's disqualification.

In order to give the defendants the opportunity to retain new counsel, or to request court appointed counsel if they cannot afford to do so, defendants Glenn, Walker and James are ordered to either retain new counsel and have such counsel enroll in this matter; or submit a request for court appointed counsel with a Form CJA 23 **Financial Affidavit** (attached to this

```
W. Glenn  - reg & cert mail - 7004 1160 0003 2648 5171
L. Walker - reg & cert mail - 7004 1160 0003 2648 5188
T. James 0 reg & cert mail - 7004 1160 0003 2648 5195
```

Order) included.  If any defendant fails to enroll new counsel or submit the affidavit **on or before February 2, 2016,** the court will set an in-person hearing to determine each defendant's intention regarding representation in this matter.

The Clerk is directed to send a copy of this Order and attached affidavit; and the Ruling and Order of disqualification (R. Doc. 58); to each defendant at their current address as provided to U.S. Probation and Pretrial Services.  The Clerk shall send the same by both certified and regular mail.

Signed in Baton Rouge, Louisiana, on January 19, 2016.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**

| CJA 23 (Rev. 11/11) | **FINANCIAL AFFIDAVIT** IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE |
|---|---|

IN THE UNITED STATES ☐ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER *(Specify below)*
IN THE CASE OF

_____ v. _____

FOR _____
AT _____

LOCATION NUMBER

PERSON REPRESENTED *(Show your full name)*

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
5 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other *(Specify)*

DOCKET NUMBERS
Magistrate Judge
District Court
Court of Appeals

CHARGE/OFFENSE *(describe if applicable & check box →)*  ☐ Felony  ☐ Misdemeanor

### ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Are you now employed?  ☐ Yes  ☐ No  ☐ Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment? _____
How much did you earn per month? $ _____
If married, is your spouse employed?  ☐ Yes  ☐ No
IF YES, how much does your spouse earn per month? $ _____
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☐ No
IF YES, give the amount received and identify the sources
RECEIVED $ _____  SOURCES _____

**CASH**
Do you have any cash on hand or money in savings or checking accounts?  ☐ Yes  ☐ No  IF YES, total amount? $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☐ No
IF YES, give value and description for each
VALUE $ _____  DESCRIPTION _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS
☐ Single
☐ Married
☐ Widowed
☐ Separated or Divorced
Total No. of Dependents _____
List persons you actually support and your relationship to them _____

**DEBTS & MONTHLY BILLS**
*(Rent, utilities, loans, charge accounts, etc.)*
DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT
$ _____ | $ _____
$ _____ | $ _____
$ _____ | $ _____
$ _____ | $ _____

I certify under penalty of perjury that the foregoing is true and correct.

_____
SIGNATURE OF DEFENDANT
*(OR PERSON REPRESENTED)*

Date _____